Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
## District of MA
## _____ Division

|  |  |
|---|---|
| See attached<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>See attached<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_  ☑ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Aban El Currugh
   Street Address: 2318 Perry Ave Apt 4A
   City and County: Bronx
   State and Zip Code: NY, 10467
   Telephone Number: 347-502-8867
   E-mail Address: moorbusiness77@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 5

Doc 1.
pg. 1

United States District Court
for the District of Massachusetts

Plaintiff(s)
Abun El Curragh
Tariff Sharif Bey

vs.

Defendant(s)
THE COMMONWEALTH OF MA
Assistant District Attorney Graham G. Van Epps
District Attorney MARIAN T. RYAN

FILED
IN CLERKS OFFICE
2021 DEC 13 PM 1:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

Parties to This Complaint

A. Plaintiff(s)
- Name: Tariff Sharif Bey
- Street Address: Essex County Corrections Facility, 20 Manning Ave
- City and County: Middleton
- State and Zip Code: Massachusetts, 01949
- Telephone Number: N/A
- E-mail Address: N/A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: MARIAN T. RYAN
- Job or Title (if known): District Attorney
- Street Address: 15 Commonwealth Ave, Suite 300
- City and County: Woburn
- State and Zip Code: MA 01801
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Graham G. Van F___
- Job or Title (if known): Assistant District Attorney
- Street Address: 15 Commonwealth Ave, Suite 300
- City and County: Woburn
- State and Zip Code: MA 01801
- Telephone Number: 718-897-8300
- E-mail Address (if known):

Defendant No. 3
- Name: THE COMMONWEALTH OF MA
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code: Massachusetts
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. The Constitution for The United of America Articles 1, §10, 3 S.1 and 2, Article 6 (supremacy clause) Treaty of Peace and Friendship (Amity and Commerce) of 1787, Title 28 §1332, Title 18:241, 242, 1091,

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* See attached , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* ~~THE~~ See attached , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the Plaintiff is an individual
The plaintiff <u>Aban El Curruyh</u>, is a citizen of the state of _____. Or is a citizen of (foreign nation) <u>Morocco (Al-Moroc)</u>

The plaintiff <u>Turiff Shariff Bey</u>, is a citizen of the State of _____. Or is a citizen of a (foreign nation) <u>Morocco (Al-Moroc)</u>.

2. The Defendant(s)

a. If the defendant is an individual
The defendant <u>Marlan T. Ryan</u>, is a citizen of the State of <u>Massachusetts</u>

The defendant <u>Graham L. Van Epps</u>, is a citizen of the State of <u>Massachusetts</u>

b. If the defendant is a corporation
The defendant, <u>THE COMMONWEALTH</u>, is incorporated under the laws of the State of <u>Massachusetts</u> and has its principal place of business in the State of <u>Massachusetts</u>

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

77 million

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached

Doc 5.                               Tariff Sharif bey, Moor American

## III  Statement of Claim.

① I have been forcefully and fraudulently branded with a European Surname on 7/3/21

② I have been denationalized dispite having federal National credtial in my possession at the time.

③ I have been forced to assimilate under color of law.

④ I have been slandered and forced into a state of Peonage and Human trafficed.

⑤ I have been illegally detained, arrested and have lost almost all of my private property.

⑥ I have been Subjected to cruel and unusual punishment.

⑦ My Treaty rights, birthrights and constitutional rights have been violated under color of law. I am still being held unconstitutionally under the 58A hold.

All these violations have taken place on or between 7/3/21 - 11/8/21 near the United States District for the District of Massachusetts.

## IV  Relief.

We are asking for $77 million dollars for the violations and ongoing suffering that is continuing at this present time. I have lost private property and have fell into debt of $3200 at the time, I have lost my home, job and reputation that is priceless. Nearly all of

Constitutionally protected rights and Human rights have been violated including Amendment 1, 6, 8, 9 and 10 of the American Constitution 1791.

My Common law right to life liberty and pursuit of happiness have been violated. My right to fair and impartial trial have been violated along with My Treaty rights.

Autograph: [signature]
11/8/21

Doc 4.

Abay El Curragh, Moor American

III   Statement of Claim

1) I have been unlawfully and illegally arrested on 7/3/21 with no probable cause and have been de-nationalized dispite having two forms of Federal Credentials to identify pursuant to D.O.J section 1508, Title 18 U.S.C 1028, the National ID being the primary form of identification.

2) Marian T. Ryan, Graham G. Van Epps, and The COMMONWEALTH have used the media, newspapers, radio, and court documentation to slander, and defame me of my reputation.

3) I have been been reduced to a state of peonage, human trafficed from correctional facility to court, forced to assimilate with the COMMONWEALTH under color of law violating my human rights and the United Declaration on Rights of Indigenous Peoples.

4) I was subjected to an unlawful hold for 100+ days under a 58(A) hold for regulatory offenses that have been held to be unconstitutional under Mass General Laws and the Constitution for The United States of America. This has caused me a tremendous amount of physical and emotional stress which is cruel and unusual.

6) My Treaty Rights, My Rights Secured by the Constitution for The United States of America, My Natural Divine Rights as a human being, and my birthrights by Nationality and heritage have been severely violated.

7) I have lost property, fell into debt, time with my family and reputation which I can not get back due to the slander and defamation of character by the COMMONWEALTH and it's Agents. This has taken place during the last Months and are currently continuing from 7/3/21 up into this date of writing, 10/8/21 and so on.

IV Relief

1) The wrongs the COMMONWEALTH and it's Agents have done are currently continuing. I seek restitution of 77 million dollars for Treaty Rights, and Contracts broken, slander, defamation of character, forced assimilation, genocide, human trafficking, physical and emotional stress, and suffering that I am still undergoing. My reputation as a teacher of civics, Science, History, Law and self have been severely tarnished. I respectfully ask the court for this relief.

10/8/21

Autograph: [signature]

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/8/21

Signature of Plaintiff  *Ahan El Curragh*
Printed Name of Plaintiff  Ahan El Curragh

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address