UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABAN EL CURRAGH, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action 21-cv-12035-IT |
| | * | |
| THE COMMONWEALTH OF MASSACHUSETTS, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

June 23, 2022

TALWANI, D.J.

On December 13, 2021, the Clerk received for filing papers submitted by Aban El Curragh. These papers consisted of a five-page complaint filed signed by El Curragh and purported notices of removal of state criminal actions against him and Tarrif Sharif Bey.

The assignment of a new case number to these documents was in error. It appears that the papers were filed for the purpose of complying with the court's Memorandum and Order [Doc. No. 8] in El Curragh v. Commonwealth, Civil Action 21-cv-11668-IT (D. Mass.). On March 4, 2022, the court issued a Memorandum and Order [Doc. No. 27] in Civil Action 21-cv-11668-IT which addressed the matters raised in the present papers.

Accordingly, the Court orders that this action be DISMISSED without prejudice. No filing fee is assessed.

IT IS SO ORDERED.

                                                                  /s/ Indira Talwani
                                                         United States District Judge