UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABAN EL CURRAGH, et al., | * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action 21-cv-12035-IT |
| THE COMMONWEALTH OF MASSACHUSETTS, et al., | * * * | |
| Defendants. | * * | |

FINAL ORDER OF DISMISSAL

June 23, 2022

TALWANI, D.J.

Pursuant to the court's Order [#3], dismissing this action for the reasons stated therein, this case is hereby CLOSED.

**SO ORDERED.**

/s/ Indira Talwani
United States District Judge